# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:11mj191-DCK

| | |
|---|---|
| IN RE: APPLICATION FOR SEIZURE ) | |
| WARRANT ) | **ORDER TO SEAL** |

On the government's motion to seal in the affidavits in the above-captioned file, for the reasons stated in the government's motion,

IT IS THEREFORE ORDERED that the Clerk shall seal the affidavits in the file until further order of the Court.

Signed: April 11, 2011

David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff