IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:11-MJ-191-DCK

| | |
|---|---|
| In Re: APPLICATION FOR SEIZURE WARRANT, | ) ) ) **ORDER** |

**UPON MOTION** of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the case identified in the above caption be unsealed,

**IT IS HEREBY ORDERED** that the above captioned case be unsealed. The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

Signed: March 12, 2014

David C. Keesler
United States Magistrate Judge